**No. 53861.**—Sprouse-Reitz Co., Inc. *v.* United States, protests 10303–K and 28426–K (Portland, Oreg.).

Opinion by JOHNSON, J.   It was stipulated that certain items of the merchandise consist of bowls similar in all material respects to those the subject of Abstracts 50327 and 52029 and that other items consist of vases the same as those involved in Abstracts 38573 and 38574.   In view of the stipulation and following the decisions cited, the claim at 70 percent under paragraph 212 was sustained.